FAX or Internet

# UNITED STATES DISTRICT COURT

## for the

## District of Arizona

In the Matter of the Search of

)
)
**KB** )
**DOB: XX/XX/XX93** )
**SSN: XXX-XX-2887** )
)

Case No.   22-4140mb

# REDACTED

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer.

        An application by a federal law enforcement officer for the government requests the search
of the following person or property located in the      District of Arizona
*(identify the person or describe the property to be searched and give its location)*:
**See Attachment A.**

        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B.**

        I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

        **YOU ARE COMMANDED** to execute this warrant on or before

        May 25, 2022
        *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.        [ ] at any time in the day or night as I find reasonable cause has been
                                                     established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken
to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at
the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
        Camille D. Bibles                              .
                *(Name)*

        [ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)*     [ ] for _____ days *(not to exceed 30)*.
                                                     [ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued:   _____        **Camille D. Bibles**   Digitally signed by Camille D. Bibles
                                                                               Date: 2022.05.11 16:43:19 -07'00'
                                                      *Judge's Signature*

City and State:   Flagstaff, Arizona                  Hon. Camille D. Bibles, United States Magistrate Judge

| **Return** | | |
|---|---|---|
| Case No.: 22-4140mb | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

FAX or Internet

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

**KB**                                            )
**DOB: XX/XX/XX93**                                )
**SSN: XXX-XX-2887**                               )       Case No.   22-4140mb
                                                   )

# REDACTED

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

    I, <u>F.B.I. Special Agent Jenifer J. Mulhollen</u>, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

### See Attachment A.

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

### See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    [X] evidence of a crime;

    [X] contraband, fruits of crime, or other items illegally possessed;

    [X] property designed for use, intended for use, or used in committing a crime;

    [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §§ 1153, 113(a)(3) and 113(a)(6) | Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury (Indian Country) |

The application is based upon the following facts:

    [X] Continued on the attached sheet (see attached **Affidavit**).

    [ ] Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Emma Mark

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____

_____
*Applicant's Signature*

Jenifer J. Mulhollen, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.05.11 16:42:46 -07'00'

Date: _____

_____
*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

City and State:  Flagstaff, AZ

REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR A SEARCH WARRANT**

I, FBI Special Agent Jenifer J. Mulhollen, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since February of 2013.  I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in narcotics investigations, white collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics.  I am currently assigned to the Flagstaff Resident Agency of the Phoenix Division. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.  In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation (Navajo Nation) within the District of Arizona.  Based on my training, education, and experience, I know that the Navajo Nation is a federally recognized tribe.

2.      The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.  This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## INTRODUCTION

3.      As more fully described below, this matter involves the investigation of a shooting that took place in the early morning hours of March 26, 2022, in the Dilkon District on the Navajo Nation Indian Reservation, located within the District of Arizona. One victim, KB ("KB"), was shot in the lower back.   Three other individuals who were believed to be at the scene of the shooting have since been reported missing.

4.      This affidavit supports the application for a search warrant authorizing the search for evidence in the form of deoxyribonucleic acid ("DNA") located in and on the body of KB, as set forth in **Attachment A**.  There is probable cause to believe that evidence of assault with a dangerous weapon and assault resulting in serious bodily injury, in violation of Title 18, United States Code, §§ 1153, 113(a)(3) and 113(a)(6) will be located on evidence seized as part of the investigation.  KB is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B.**

## PROBABLE CAUSE

5.      The Navajo Division of Public Safety (NDPS) Dilkon District Police Department contacted the FBI on March 26, 2022, to report several 911 calls received by their dispatch center. The dispatch center received a telephone call from RY at approximately 4:05 AM reporting an individual arrived at her house and rang the doorbell several times. The individual stated, "There's a shooting a Christopher Kanuho's house." The individual then tried, unsuccessfully, to enter RY's house.

6.     Dilkon Police Officer Caitlin Morris responded to the area and contacted RY and her husband, MY.  Officer Morris asked MY if he had heard any gunshots in the area and Melvin pointed in the direction of Christopher Kanuho's residence.

7.     Office Morris then contacted EP near RY and MY's residence, who admitted to knocking on doors in the area and causing damage to one of them.  EP stated, "you can take me in, they are trying to kill me" and was arrested for criminal damage.

8.     While in custody, EP stated that he was recently at Christopher Kanuho's residence.  He indicated other people present included KK (later reported missing), KB, and "Ziggy."  EP said that while inside a bedroom at the house, "Ziggy" said "I'm calling my brothers" and two unknown men arrived.  One man was holding a shotgun and one was holding a rifle.  There was a commotion in the living room and EP fled the residence. As he was running away, Emerson heard five or six gunshots.

9.     The dispatch center received another telephone call at approximately 4:39 AM from an individual identifying himself as Damien.  Damien's call was relayed to Officer Morris.  Damien stated he needed an ambulance at Gene and Irene Kanuho's residence, north of Teesto, Arizona. Damien stated a woman had suffered a gunshot wound. Damien stated the woman was in the residence's bathroom and Damien was attempting to assist her.

10.     According to area residents, Gene and Irene Kanuho are deceased and Christopher Kanuho currently resides at their former residence.

11.     Officer Morris drove to Christopher Kanuho's residence where she observed what appeared to be bullet holes penetrating the glass in the front door.  Officer Morris

immediately entered the residence to determine whether anyone inside the residence required medical assistance. Officer Morris observed expended cartridge casings on the residence's floor immediately upon her entry. Officer Morris also observed what appeared to be blood pooled on the residence's floor. Officer Morris did not locate anyone inside of the residence.

12.     The FBI was informed of a woman in transit to the Flagstaff Medical Center (hereinafter FMC) in Flagstaff, Arizona on March 27, 2022. The woman had a gunshot wound in her lower back. FBI Special Agents interviewed the woman at FMC on March 28, 2022. The FBI Agents identified the woman as KB. KB stated she was shot by an unknown person near Teesto on March 26, 2022. She could not recall the exact location of the residence where the shooting took place. KB recalled hearing two gunshots before her hearing was overwhelmed by the sound of ringing in her ears. KB stated that she saw the side of a man's face after she was shot. The man had walked up to the window of the bedroom she was in when she was shot. The man was wearing a dark colored bandana. KB attempted to treat her injury herself for several hours after she was shot. KB finally requested her uncle transport her to a hospital. FMC medical personnel informed KB there was a bullet lodged in her spine.

13.     FBI Agents executed a search warrant at Christopher Kanuho's residence on March 31, 2022. No one was located inside of the residence while executing the search warrant.

14.     FBI Agents observed two expended shotgun shells at the southeast (back door) entrance of the residence. Agents observed a hole in the residence's back door,

4

apparently made by one or more shotgun pellet impacts and penetrations. Agents observed multiple shotgun pellet strings (impact marks) on the residence's interior walls and ceilings while standing in the back door's threshold. Additional apparent projectile impact marks were evident in the kitchen adjacent to the back door's entrance. These impact marks also appeared to originate from the back door entrance.

15.    FBI personnel collected several nine-millimeter expended cartridge casings, a shotgun wad, a knife, and a carpet segment with a large area of reddish-brown substance in the living room area adjacent to the kitchen.

16.    Several projectile impacts were visible in the door and walls of the northeast bedroom. These impact marks were visible from the living area, as well as from inside the bedroom itself. Several items were collected from the northeast bedroom and its immediate vicinity. The items included projectiles lodged in the northeast bedroom's walls and doors. Additionally, carpet, shoes, a handbag, and a notebook stained with a reddish-brown substance were collected from the northeast bedroom.

17.    A dried reddish-brown substance was located at the base of a wheelchair ramp located on the west side (front) of the residence. There were several gravel and soil areas near the wheelchair ramp darkened by stains of a dried reddish-brown substance. These stained soil and gravel areas were swabbed for potential DNA evidence.

18.    FBI Agents interviewed CJ on March 31, 2022. CJ stated DN was her cousin-brother and had been missing since the shooting was reported on March 26, 2022. CJ's friend, who was afraid to provide information to law enforcement authorities, relayed information indicating Ryan Johnson (hereinafter Ryan) killed DN and possibly MB (also

reported missing).  DN and MB were allegedly at Christopher's residence on the night of the shooting.

19.     Hopi Law Enforcement Services (HLES) relayed a report on April 2, 2022, indicating KK was reported missing by her brother and had not been seen since March 26, 2022.  KB told FBI Agents that she was with KK on the night of the shooting.

20.     On April 29, 2022, FBI Agents submitted evidence seized in the investigation to the Arizona Department of Public Safety Laboratory in Flagstaff, Arizona for analysis. To date no results from the laboratory have been provided.

21.     A DNA standard from KB is needed to confirm or deny the presence of her DNA on items seized from Christopher Kanuho's residence as part of the investigation. The Arizona Department of Public Safety (AZ DPS) laboratory will perform the necessary direct forensic comparison to support this investigative step upon receipt of a known DNA standard via buccal swab from KB.

## THINGS TO BE SEARCHED FOR AND SEIZED

22.     Based on the foregoing, your Affiant respectfully requests that a search warrant be issued authorizing the search and seizure of DNA to be obtained from KB for the reasons stated above. Process of collection will be limited to the seizure of a DNA standard by the use buccal swabs.  Method of collection will be oral, that is, by inserting the buccal swabs into KB's mouth for the purpose of collecting saliva and cheek cells.

## CONCLUSION

23.     This affidavit is sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

6

24.     Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to believe that evidence described in **Attachment B** supporting an investigation related to violations of 18 U.S.C. §§ 1153, 113(a)(3) and 113(a)(6) will be discovered on KB described in **Attachment A**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____
Jenifer J. Mulhollen
Special Agent, FBI

Sworn by Telephone

Date/Time:   _____

_____5/11/22_____
Date

**Camille D. Bibles**   Digitally signed by Camille D. Bibles
Date: 2022.05.11
16:42:15 -07'00'

Honorable Camille D. Bibles
United States Magistrate Judge

7

## ATTACHMENT A - DESCRIPTION OF PERSON TO BE SEARCHED

Name: KB

DOB: XX/XX/XX93

SSN: XXX-XX-2887

## ATTACHMENT B - ITEMS TO BE SEIZED

1) Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from KB

   through cotton/buccal swabs in the mouth.